1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
9                          AT TACOMA

10

DEUTSCHE BANK TRUST COMPANY
11 AMERICAS, as Trustee formerly known as
Bankers Trust Co.,

12                          Plaintiff,                                    Case No. 05-5335 FDB

13              v.                                        ORDER DENYING MOTION FOR IN
                                                         FORMA PAUPERIS
14

MELVIN LEROY MOULD II and LISA
15 MARIE MOULD,

16                          Defendant.

17          This matter is before the Court upon Defendant's motion for the appointment of attorney

18 under 28 U.S.C. 1915(e)(1).  Defendant has failed to establish an inability to pay the expenses

19 required to proceed in the action.  Accordingly, Plaintiff's motion for in forma pauperis (dkt. #1) is

20 DENIED.

21

22          DATED this 10th day of June, 2005.

23                                                       _____

24                                                       FRANKLIN D. BURGESS
                                                         UNITED STATES DISTRICT JUDGE
25

26 ORDER - 1