UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, as Trustee formerly known as Bankers Trust Co., <br><br> Plaintiff, <br><br> v. <br><br> MELVIN LEROY MOULD II and LISA MARIE MOULD, <br><br> Defendant. | Case No. 05-5335 FDB <br><br> ORDER DENYING RECONSIDERATION FOR IN FORMA PAUPERIS |

This matter is before the Court upon *pro se* Defendant's motion for reconsideration of the Court's denial of Defendant's request to proceed *in forma pauperis*. The Court mistakenly understood Defendant's initial motion as a request for the appointment of attorney under 28 U.S.C. 1915(e)(1). Defendant has clarified the request is to proceed without payment of court filing fees. Notwithstanding the clarification of the request, Defendant has still failed to establish an inability to pay the expenses required to proceed in the action. Accordingly, Plaintiff's motion for reconsideration to proceed *in forma pauperis* (dkt. #8) is **DENIED**.

ORDER - 1

DATED this __15th__ day of July, 2005

_/s/ Franklin D. Burgess_
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2