1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
9                                    AT TACOMA

10   DEUTSCHE BANK TRUST COMPANY
     AMERICAS, F/K/A BANKERS TRUST
11   COMPANY, AS TRUSTEE,

12                 Plaintiff,                        Case No. C05-5335FDB

13          v.                                       ORDER REOPENING CASE AND
                                                     REMANDING TO THURSTON
14   MELVIN L. MOULD II and LISA M.                  COUNTY SUPERIOR COURT
     MOULD and All Occupants of the Premises
15   located at 4110 Thornton Road Southeast,
     Olympia, WA 98513,
16
                   Defendants.
17

18          This matter was originally filed in Thurston County Superior Court pursuant to a "Complaint

19   for Unlawful Detainer" as to real property purchased by Plaintiff Deutsche Bank at a nonjudicial

20   foreclosure sale.  The Complaint stated that Defendants Mould were residing on the premises and

21   were unlawfully detaining the subject property.

22          Defendants Moulds removed the case asserting various grounds.  The Moulds filed the

23   Superior Court pleadings with their Verification.  The Complaint is not stamped with the date it that

24   it was filed in Thurston County Superior Court, but it is dated above the lawyer's signature block as

25   January 17, 2005.  The Moulds' Answer is dated February 7, 2005 by their signature lines and it also

26   ORDER - 1

1    bears a Thurston County Superior Court "filed" stamp dated February 10 2005.  Notice of Removal

2    was filed May 20, 2005.  From the date of removal Defendants Mould have moved for leave to

3    proceed *in forma pauperis*, and have moved for reconsideration twice.  On July 20, 2005, Deutsch

4    Bank wrote to the Court noting that the case was showing that it was closed and asking that it be

5    reopened in order that Deutch Bank could move for remand.  On August 5, 2005, Defendants

6    Moulds tendered the $250.00 filing fee.

7           It does not appear that this cause of action was timely removed by the Moulds within 30 days

8    of the service of the Complaint on the Moulds.  There may be jurisdictional defects as well.

9           ACCORDINGLY, IT IS ORDERED:

10    1.    The Clerk of the Court shall reopen this cause of action;

11    2.    This cause of action is REMANDED to the Thurston County Superior Court.

12    DATED this 9th day of August, 2005.

13

14    _____
      FRANKLIN D. BURGESS
15    UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26    ORDER - 2