UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DEUTSCHE BANK TRUST COMPANY AMERICAS, F/K/A BANKERS TRUST COMPANY, AS TRUSTEE,

Plaintiff,

v.

MELVIN L. MOULD II and LISA M. MOULD and All Occupants of the Premises located at 4110 Thornton Road Southeast, Olympia, WA 98513,

Defendants.

Case No. C05-5335FDB

ORDER DENYING MOULDS' MOTION FOR RECONSIDERATION

This matter has been remanded owing to untimely removal. [Dkt. # 12]. The Moulds move for reconsideration and for instruction on how to correct deficiencies. The defect of untimely removal cannot be corrected, and the Court declines to reconsider its order entered August 9, 2005

ACCORDINGLY, IT IS ORDERED: Defendants Moulds' Motion for Reconsideration [Dkt. # 14] is DENIED.

DATED: August 24, 2005

/s/ Franklin D. Burgess
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1