UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DEUTSCHE BANK TRUST COMPANY AMERICAS, F/K/A BANKERS TRUST COMPANY, AS TRUSTEE,

Plaintiff,

v.

MELVIN L. MOULD II and LISA M. MOULD and All Occupants of the Premises located at 4110 Thornton Road Southeast, Olympia, WA 98513,

Defendants.

Case No. C05-5335FDB

ORDER DENYING MOULDS' SECOND MOTION FOR RECONSIDERATION

The Court denied Defendants' Motion for Reconsideration filed August 15, 2005 [Dkt. # 14], and on the date that that Order was entered – August 25, 2005 – Defendants filed a second motion for reconsideration styled "Motion for Reconsideration Amendment # 1" [Dkt. # 17]. Nothing in the second motion for reconsideration persuades the Court to vacate its order of remand for untimely removal of this unlawful detainer case, originally filed in Thurston County Superior Court. ACCORDINGLY,

IT IS ORDERED: Defendants Moulds' "Motion for Reconsideration Amendment # 1" [Dkt. # 17] is DENIED and the Court will accept no further motions in this closed case.

DATED this 15th day of September 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1